**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**ANGELA HIGGINS,**

    Petitioner-Appellee,

v.                                             **NO. 29,193**

**JESSE HIGGINS,**

    Respondent-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SIERRA COUNTY**
**Kevin Sweazea, District Judge**

Rosner & Chavez
Mary W. Rosner
Las Cruces, NM

for Appellee

Thomas Kalm
Albuquerque, NM

for Appellant

**MEMORANDUM OPINION**

**VIGIL, Judge.**

    Summary dismissal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary dismissal has

been filed and the time for doing so has expired.

DISMISSED.

**IT IS SO ORDERED.**

_____

**MICHAEL E. VIGIL, Judge**

**WE CONCUR:**

_____

**CELIA FOY CASTILLO, Judge**

_____

**TIMOTHY L. GARCIA, Judge**